# Court of Appeals
# of the State of Georgia

ATLANTA, __August 16, 2019__

*The Court of Appeals hereby passes the following order:*

**A20I0011. TONI BLYDEN v. THE STATE.**

The Applicant in the above-styled case has filed a motion entitled Motion To Withdraw Application For Interlocutory Appeal. Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/16/2019__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*